IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JOSE MIGUEL HILARIO,

    Petitioner,

v.                                          CASE NO. 5:13-cv-314-RS-GRJ

WARDEN, N.C. ENGLISH,

    Respondent.
_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 9) and Petitioner's Objections (Doc. 10). I have reviewed the objections *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The petition for writ of habeas corpus (Doc. 1), filed under 28 U.S.C § 2241, is **DISMISSED as frivolous, successive, and an abuse of the writ**.

3. The clerk is directed to close the file.

**ORDERED** on January 28, 2014.

                                       /S/ Richard Smoak
                                       **RICHARD SMOAK**
                                       **UNITED STATES DISTRICT JUDGE**